UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X          **CASE MANAGEMENT PLAN**

                                                              **Docket Number:**

Plaintiff,

-against-

Defendant,
--------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by _____.

2. No additional parties may be joined after _____.

3. No amendment of the pleadings will be permitted after _____.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: _____.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before _____.
   (b) rebuttal expert witnesses on or before _____.
   Defendant reserves the right to designate and call rebuttal expert witnesses.

6. All discovery, including depositions of experts, shall be completed on or before _____ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)

                                        Yes          No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9.  A Telephone Conference set for _____, to be initiated by

    ___Plaintiff   or  __Defendant  (Check One).

    * **(The Court will schedule the conference listed above**.)

10.  Status Conference will be held on _____.
    * **(The Court will schedule the conference listed above**)

11. A Final Pre-trial Conference will be held on _____.
    ***(The Court will schedule the conference listed above.)**

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

_____

        **RAMON E. REYES, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

NAME
Attorney for Plaintiff

ADDRESS

E-mail:

Tel.:

Fax:

NAME
Attorney for Defendant

ADDRESS

E-mail:

Tel.:

Fax: